1158

No. 12–580. BEINEKE *v.* KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied. ■

No. 12–629. ROMERO *v.* WILKS ET AL. Sup. Ct. Ala. Certiorari denied.

No. 12–643. RICHARDSON *v.* SCHAFER ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–648. CUNNINGHAM ET AL. *v.* WHALEN ET AL. Sup. Ct. Ky. Certiorari denied.

No. 12–649. REED *v.* GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–654. PULLMAN GROUP, LLC, ET AL. *v.* GOLD FOREVER MUSIC, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–659. RADER *v.* ING BANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–660. UHR *v.* RESPONSIBLE HOSPITALITY INSTITUTE, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–661. ROMERO *v.* J&M ASSOCIATES, INC. C. A. 11th Cir. Certiorari denied.

No. 12–662. KUDLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF M. K., ET AL. *v.* CITY AND COUNTY OF DENVER, COLORADO, ET AL. Ct. App. Colo. Certiorari denied.

No. 12–664. SILGAN CONTAINERS MANUFACTURING CORP. *v.* SHEET METAL WORKERS LOCAL NO. 2. C. A. 8th Cir. Certiorari denied.

No. 12–666. PICKENS *v.* HOUSEHOLD FINANCE CORP., III, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 12–669. BERMAN *v.* EVERY ET AL. Sup. Ct. Fla. Certiorari denied.

No. 12–671. FRANK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.